United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re DEEP VEIN THROMBOSIS LITIGATION** | **MDL Docket No 04-1606 VRW** |
| **This Document Relates To:** | **ORDER** |
| **Kemp v Air Canada Regional, Inc, No 04-4633** | |
| **Lee v Cathay Pacific Airways, Ltd, No 05-4636** | |
| **Arhin v Northwest Airlines, Inc, No 06-0274** | |
| **George v American Airlines, Inc, No 06-0942** | |
| **Wylie v American Airlines, Inc, No 02-2997** | |
| **Brackenbury v Delta Airlines, Inc, No 05-3873** | |
| **Plotkin v British Airways PLC, No 03-3242** | |

_____/

On August 27, 2007, the court entered an order noting that there had been no docket activity for seven months or more in the above cases pending in MDL 04-1606. Doc #671. The court

ordered the parties to submit status reports on or before September 6, 2007 and gave notice that the court would dismiss without prejudice those cases for which no reports were received. Id.

Plaintiff in <u>Kemp v Air Canada Regional, Inc</u>, No 04-4633 immediately submitted a statement of non-opposition to dismissal without prejudice. Doc #672. Defendant has not responded. Accordingly, 04-4633 will be DISMISSED WITHOUT PREJUDICE.

Plaintiff in <u>Arhin v Northwest Airlines, Inc, et al</u>, No 06-0274 reports that his complaint was never served. Doc #678. Plaintiff requests that his action be dismissed without prejudice. Id. Defendants confirm that the complaint in 06-0274 was never served. Doc ##679, 681. Defendants point out, however, that an identical complaint was filed and served by Arhin and was designated as case no 06-4518. Id. The court entered judgment for defendants on September 21 and November 20, 2006 in 06-4518. Doc ##14, 17. Accordingly, 06-0274 is DISMISSED WITH PREJUDICE as duplicative of 06-4518.

Plaintiff in <u>Wylie v American Airlines, et al</u>, No 02-2997 reports that he is not pursuing claims against the two defendants for whom judgment has not yet been entered, Weber Aircraft LP and Recaro Aircraft Seating. Doc #678. Plaintiff requests that these defendants be dismissed. Id. Accordingly, defendants Weber Aircraft LP and Recaro Aircraft Seating are DISMISSED WITH PREJUDICE in 02-2997.

Plaintiffs in <u>Brackenbury v Delta Air Lines, et al</u>, No 05-3873 report that they are not pursuing claims against the defendants for whom judgment has not yet been entered, Delta Airlines, Inc, Doe seat manufacturer and Does 1-100. Doc #678.

Plaintiffs request that these defendants be dismissed. Id. Accordingly, all remaining defendants are DISMISSED WITH PREJUDICE in 05-3873.

Plaintiff in <u>Plotkin v British Airways, PLLC, et al</u>, No 03-3242 reports that she is not pursuing claims against the defendant for whom judgment has not been entered, Flying Service Engineering and Equipment, Ltd. Doc #678. Accordingly, defendant Flying Service Engineering and Equipment, Ltd is DISMISSED WITH PREJUDICE in 03-3242.

In <u>Lee v Cathay Pacific Airways, Ltd, et al</u>, No 05-4636, plaintiffs and defendant Cathay Pacific Airways report that they are currently negotiating a stipulation to be filed no later than September 28, 2007. Doc ##678, 681. Plaintiffs also report that they are not pursuing claims against the defendants for whom judgment has not been entered, the Doe seat manufacturers. Doc #678. Accordingly, seat manufacturer defendants are DISMISSED WITH PREJUDICE in 05-4636. The action will remain open pending receipt and approval of the aforementioned stipulation.

Finally, the court has not received a report from plaintiff in <u>George v American Airlines, Inc</u>, No 06-0942. Sole defendant, American Airlines, Inc, has filed a motion for administrative relief requesting that the court enter judgment for defendant in this action for the reasons set forth in the court's August 21, 2006 order dismissing all claims arising from international flights wherein plaintiffs alleged liability based on asserted failure to warn regarding DVT. Doc #685. Accordingly, plaintiff in 06-0942 is ordered to show cause on or before September 18, 2007 why judgment should not be entered for

3

defendant, consistent with the disposition of the other "failure to warn" cases, for reasons detailed in the August 21, 2006 order.

\* \* \*

In sum, 04-4633 (Kemp) is DISMISSED WITHOUT PREJUDICE. Case no 06-0274 (Arhin) is DISMISSED WITH PREJUDICE. All remaining defendants are DISMISSED WITH PREJUDICE in 02-2997 (Wylie), 05-3873 (Brackenbury) and 03-3242 (Plotkin). Seat manufacturer defendants are DISMISSED WITH PREJUDICE in 05-4636 (Lee).

The clerk is DIRECTED to close the file and terminate all motions in 04-4633 (Kemp), 06-0274 (Arhin), 02-2997 (Wylie), 05-3873 (Brackenbury) and 03-3242 (Plotkin).

The following cases will remain open pending further activity: 05-4636 (Lee) and 06-0942 (George). Plaintiff in 06-0942 (George) is ORDERED TO SHOW CAUSE by September 18, 2007 why judgment should not be entered for defendant for reasons detailed in the court's August 21, 2006 order.

SO ORDERED.

VAUGHN R WALKER
United States District Chief Judge

4